

YAAKOV SAKS▲■*
JUDAH STEIN▲■
ELIYAHU BABAD▲■
MARK ROZENBERG ■
KENNETH WILLARD▲■

▲ NJBar Admissions
^ CT & NJ Bar Admissions
■ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

September 20, 2023

**Via CM/ECF**
The Honorable Jesse M. Furman
United States District Court
Southern District of New York

RE:   *Wahab v. Candle-Lite Company, LLC*
       1:23-cv-05543-JMF

Dear Judge Furman:

*The conference previously scheduled for September 26, 2023, is hereby rescheduled to November 28, 2023, at 9:00 a.m., and will be held via telephone. The Clerk of Court is directed to terminate ECF No. 20.*

*SO ORDERED.*

*/s/ Jesse M. Furman*

*September 20, 2023*

    This law firm represents Plaintiff in the above-referenced matter. In light of the fact that a Settlement Conference before Magistrate Judge Robert W. Lehrburger will be held on November 9, 2023, we write jointly with Defendant's counsel to respectfully request that the Initial Conference currently scheduled before Your Honor for September 26, 2023, be adjourned.

    This request is not intended for delay and would promote the most efficient use of the Court's and Parties' resources, as the outcome of the Settlement Conference may bear on the schedule for this case.

    This is the first such request in this matter.

    We thank the Court for its kind consideration and courtesies.

                                              Respectfully Submitted,

                                              */s/ Mark Rozenberg*
                                              By:  Mark Rozenberg, Esq.