**SO ORDERED.**

January 5, 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELA WAHAB, on behalf of herself and
all others similarly situated,
    Plaintiff,

v.                              CASE NO.: 1:23-cv-5543

CANDLE-LITE COMPANY, LLC

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** January 3, 2024

| For Plaintiff Angela Wahab | For Defendant Candle-Lite Company LLC |
|---|---|
| Mark Rozenberg<br>Stein Saks, PLLC<br>1 University Plaza<br>Hackensack, NJ 07601<br>Ph: 201-282-6500<br>mrozenberg@steinsakslegal.com | Joseph Angelo Iemma<br>Shook Hardy & Bacon, LLP<br>1 Rockefeller Center Suite 2801<br>New York, NY 10020<br>Ph: 212-779-6103<br>jiemma@shb.com |